## DAVID LONG *versus* RICHARD H. BLINN

JOURNAL ENTRIES (1822–25): *Journal 3:* (1) Motion to quash writ overruled *p. 288; (2) time for filing declaration extended *p. 359; (3) rule to bring body *p. 370; (4) motion for commission to take deposition *p. 379. *Journal 4:* (5) Rule for judgment for costs MS p. 16.

PAPERS IN FILE: (1) Affidavit of indebtedness; (2) precipe for writ; (3) capias and return; (4) draft of recognizance; (5) recognizance; (6) bail piece; (7) declaration; (8) motion for commission to take depositions. *1822–23 Calendar*, MS p. 60. Recorded in *Book B*, MS pp. 488-91.